JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
2009 FEB 19 P 1: 08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-09 00179 MAG |
| Plaintiff, ) | VIOLATION: 29 U.S.C. § 439(c) - False Entry In or Willful Concealment of Books and Records (Class A Misdemeanor) |
| v. ) | |
| RUTH R. OLSON, ) | |
| Defendant. ) | |

INFORMATION

The United States charges:

1. At all times relevant to this information:

   a. A labor organization engaged in an industry affecting interstate commerce was subject to the Labor Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 401 et seq., and was required to file an annual LM-3 financial report with the United States Department of Labor.

   b. The Amalgamated Transit Union ("ATU"), Local 1225, was a labor organization consisting of approximately 259 members employed in the transportation industry ranging from San Francisco to Monterey.

   c. ATU, Local 1225, was required under the LMRDA to file an annual financial report with the United States Department of Labor. In addition, under Section 206 of the LMRDA, ATU, Local1225, was required to maintain records of all supporting documents that formed the

INFORMATION                                 1

basis of the union's annual financial report submitted to the Department of Labor.

    d. From approximately January 2006 to December 2007, Ruth Olson served as the financial secretary of the ATU, Local 1225. She was responsible for the organization's financial record keeping and bill paying.

COUNT ONE: (29 U.S.C. § 439(c) - False Entry In or Willful Concealment of Labor Records)

    2. The factual allegations contained in paragraph 1 are realleged and incorporated herein by reference as if set forth in full.

    3. On or about October 3, 2007, in the Northern District of California, the defendant,

RUTH R. OLSON,

did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, Section 439(c), to wit; by falsely recording check number 2077 in the amount of $5,761.90, as a "donation for relief building" in ATU, Local 1225's financial records, without disclosing that the defendant herself had cashed that check and misappropriated those funds to her own use;

    All in violation of Title 29, United States Code, Section 439(c).

DATED: 2/17/2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____
CHRISTOPHER JUDGE
Law Clerk

INFORMATION            2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
29 U.S.C. § 439(c) - False Entry In or Willful Concealment, etc., of Books and Records

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
1 year imprisonment
$10,000 fine
$25 special assessment

**DEFENDANT - U.S.**

► RUTH R. OLSON

**DISTRICT COURT NUMBER**

CR-09 00179 MAG

FILED
2009 FEB 19 P 1:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
HUD- OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Susan Knight

☐ This report amends AO 257 previously submitted

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance
Defendant Address:
[redacted]

(CASE AGENT WILL SERVE SUMMONS)

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: March 19, 2009 @ 9:30 a.m.
Before Judge: The Honorable Howard R. Lloyd

**Comments:**