JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAR 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUTH OLSON, ) <br> ) <br> Defendant. ) <br> ) | No. 09-00179 HRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On March 19, 2009, the parties in this case appeared before the Court for an initial appearance. At the appearance, U.S. Attorney Law Clerk Heather Young requested an exclusion of time under the Speedy Trial Act from March 19, 2009 to April 16, 2009 in order to provide discovery to AFPD Lara Vinnard and to afford her an opportunity to review it. The defendant, through AFPD Lara Vinnard, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:

DATED: 3/20/08

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
No. 09-00179 HRL                               1

DATED: 3/20/08

/s/
LARA VINNARD
Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from March 19, 2009 to April 16, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/24/09

HOWARD L. LLOYD
United States Magistrate Judge